454 A.2d 157

In the Matter of Wilson.

Appeal of Elizabeth Coyle.

Argued May 24, 1982. Charles C. Shainberg, for appellant; David O. Williams, for Wilson, participating party; Alton G. Grube, for Children, participating party.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.